E-filing

COMPLAINT by A PRISONER UNDER THE
CIVIL RIGHTS ACT 42 U.S.C 1983.

NAME ___ WEAVER ____ WILLIE ____
       (LAST)    (FIRST)  (INITIAL)

PRISONER NUMBER ___ J-91389 ___

INSTITUTION ADDRESS ___ PELICAN BAY STATE
PRISON P.O. BOX 7000 CRESCENT CITY
CA. 95531.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER
(ENTER THE FULL NAME OF
PLAINTIFF IN THIS ACTION)
FIRSTWATCH US WARDEN,
ASSIT WARDEN, CAPTAIN
LIEUTENANT, SERGEANT,
CORRECTIONAL OFFICERS
INMATES ON 03/25/08
(ENTER THE FULL NAME
OF DEFENDANT(S) IN THIS ACTION)

CASE NO. _____
(TO BE PROVIDED
BY THE CLERK OF
COURT)

COMPLAINT UNDER
THE CIVIL RIGHT
ACT 42 U.S.C 1983

(ALL QUESTIONS ON THIS COMPLAINT FORM
MUST BE ANSWERED IN ORDER FOR YOUR
ACTION TO PROCEED..)

1. EXHAUSTION OF ADMINISTRATIVE REMEDIES
NOTE: YOU MUST EXHAUST YOUR ADMIN-
ISTRATIVE REMEDIES BEFORE CLAIM CAN
GO FORWARD, THE COURT WILL DISSMISS
ANY UNEXHAUSTED CLAIMS)
A. PLACE OF PRESENT CONFINEMENT P.S.4
B. IS THERE A GRIEVANCE PROCEDURE IN
THIS INSTITUTION? YES (✓) NO ( )
C. DID YOU PRESENT THE FACTS IN YOUR
COMPLAINT FOR REVIEW THROUGH THE
GRIEVANCE PROCEDURE? YES (✓) NO ( )
D. IF YOUR ANSWER IS YES, LIST THE
APPEAL NUMBER AND THE DATE
AND RESULT OF THE
COMPLAINT       - 1 -

APPEAL AT EACH LEVEL OF REVIEW, IF YOU
DID NOT PURSUE A CERTAIN LEVEL OF
APPEAL EXPLAIN WHY.

1. INFORMAL APPEAL _____
2. FIRST FORMAL LEVEL_____
3. SECOND FORMAL LEVEL_____

E. IS THE LAST LEVEL TO WHICH YOU
   APPEALED THE HIGHEST LEVEL OF
   APPEAL AVAILABLE TO YOU?
        YES (  )     NO ( X )

F. IF YOU DID NOT PRESENT YOUR CLAIM
   FOR REVIEW THROUGH THE GRIBUANCE
   PROCEDURE.
        EXPLAIN WHY. ___STILL BEING___
            PROCESSED

II. PARTIES
A. WRITE YOUR NAME AND YOUR PRESENT
   ADDRESS, DO THE SAME FOR ADDITIONAL
   PLAINTIFFS, IF ANY. ___WILLIE WEAVER___
      PELICAN BAY STATE PRISON P.O. BOX
   7000 CRESCENT CITY, CA. 95531
B. WRITE THE FULL NAME OF EACH
   DEFENDANT HIS OR HER OFFICIAL
   POSITION, AND HIS OR HER PLACE
   OF EMPLOYMENT.
   PELICAN BAY STATE PRISON P.O. BOX
   7000 CRESCENT CITY, CA. 95531
   FIRST WATCH, WARDEN, ASSIST WARDEN,
   CAPTAIN, LIEUTENANT, SERGEANT,
   CORRECTIONAL OFFICERS, INMATES
   ON 03/25/08 FIRST WATCH


        COMPLAINT        - 2 -

STATEMENT OF CLAIM,
STATE HERE AS BRIEFLY AS POSSIBLE THE
FACTS OF YOUR CASE. BE SURE TO DESCRIBE
HOW EACH DEFENDANT IS INVOLVED AND
HOW TO INCLUDE DATES, WHEN POSSIBLE
DO NOT GIVE ANY LEGAL ARGUMENTS
OR CITE ANY CASES OR STATUTES, IF
YOU HAVE MORE THAN ONE CLAIM.
EACH CLAIM SHOULD BE SET FORTH
IN A SEPARATE NUMBERED PARAGRAPH.
    ON FIRST WATCH 03/25/08 PLAINTIFF
IS BEING WOKEN OF SLEEP DEPRIVATION
FROM DEFENDANT(S) IN CONSPIRACY WITH
MEDICAL, INMATES, HIS NEIGHBOR'S
IN CELL 211, 111, 110, 209, 208, 207, 206,
204, 203, PLAINTIFF IS BEING WOKEN
FROM SLEEP DEPRIVATION FROM SENSORY
DEVICE MACHINE THESE ARE WITTNESSES
THAT ARE HAVEING THE SAME PROBLEMS
JOHN RABE D-58062, CARLOS LUTZ,
MONTELLO, WILLOCK DEFENDANT(S) SHOULD
DELIBERATE IN DIFFERENCE UNDER THE
EIGHT AMENDMENT THAT CONSTITUE CRUEL
14. RELIEF   UNUSUAL PUNISHMENT.
YOUR COMPLAINT CANNOT GO FORWARD
UNLESS YOU REQUEST SPECIFIC RELIEF.
STATE BRIEFLY EXACTLY WHAT YOU
WANT ARE THE COURT TO DO FOR YOU,
MAKE NO LEGAL ARGUMENTS! CITE
NO CASES OR STATUTES.
        LIABILITY DAMAGES: 50.000
FIFTY THOUSAND DOLLARS DUE TO:
HARRASSMENT(S), THREATING, CONSPIRACY(S)
UNITED STATES CONSTITUTION VIOLATION
    PUNITIVE DAMAGES: 50,000 FIFTY
THOUSAND DOLLARS DUE TO: MENTAL
ANGUISH, STRESS DISORDER,

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FORGOING IS TRUE AND CORRECT.
SIGNED THIS __03__ DAY OF __25__ 20 __08__
COMPLAINT            - 3 -

WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531,

CONFIDENTIAL
LEGAL MAIL

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



02 1M
0004217666   APR 0
ZIP CODE

$ 00

P.S.U. UNIT B-2

OFFICE OF THE CL
UNITED STATES DIS
COURT NORTHERN
DISTRICT OF CALIF
450 GOLDEN GAT
AVENUE
SAN FRANCISCO, CA

9410213661 C004